**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 16, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00292-CV

## CONNIE RANGE AS TRUSTEE OF THE MARTHA RANGE TRUST D/B/A RELIANT ENGINEERING AND MACHINE US AND SAM RANGE, Appellant

### V.

### CALVARY CHRISTIAN FELLOWSHIP, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-09494**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed March 2, 2015. On April 9, 2015, appellant's withdrawing counsel filed an unopposed motion to withdraw the notice of appeal without prejudice, which we have construed as a motion to

dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed without prejudice.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.